THOMAS BELL, PLAINTIFF-PETITIONER, v. EASTERN BEEF CO., DEFENDANT-RESPONDENT.

*Messrs. Pearlman & Krumholz* and *Messrs. Stein & Einhorn* for the petitioner.

*Messrs. Gurry & Conlon* for the respondent.

September 16, 1963.   Granted.

LEWIS MATTERO, PLAINTIFF-RESPONDENT, v. DAVID SILVERMAN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:  79 *N. J. Super.* 449.

*Messrs. Ryan, Saros, Davis & Stone* for the petitioners.

*Mr. Fred Freeman* and *Mrs. Janet W. Freeman* for the respondent.

September 16, 1963.   Denied.